# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| FREDERICK LEE RAY,<br><br>    Petitioner,<br><br>    v.<br><br>KATHLEEN DICKINSON, Warden,<br><br>    Respondent. | No. SA CV 05-364-AG (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: 3/31/11

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE