UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK LEE RAY, | ) | No. SA CV 05-364-AG (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KATHLEEN DICKINSON, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: 3/31/11

HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE